MARION M. HOVEY, Respondent, *v.* STATE OF NEW YORK, Appellant.

(Claim No. 25129.)

Argued November 17, 1941; decided December 10, 1941.

*John J. Bennett, Jr., Attorney-General (James H. Glavin, Jr., and Owen M. Begley* of counsel), for appellant.

*Chandler S. Knight* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS, CONWAY and DESMOND, JJ.